■

JOSEPHINE JONES, as Administratrix of the Estate of JAMES WRIGHT, Deceased, Appellant, v. 416 PLEASANT AVENUE HOLDING CORP., Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellant, and the motion denied. Defendant was in a position to know the facts and to assert the new defense it now wishes to add to its amended answer in time to plead them without prejudice to plaintiff. By the delay plaintiff is prejudiced and under the circumstances the amendment should not be allowed. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

BETTE POTASH, Appellant, v. JACK POTASH, Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellant. The motion for reargument is denied and the motion to punish defendant for contempt is granted on the terms imposed in the prior order of Special Term dated January 10, 1952. No opinion. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

BETTE POTASH, Appellant, v. JACK POTASH, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [Order denied motion for counsel fees, printing expenses and stay of reference.]

■

In the Matter of ARTHUR E. OPPERMAN, Appellant, against ALBERT WILLIAMS, as Commissioner of Correction of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

SADYE F. LIEBERMAN, Appellant, v. OSCAR LIEBERMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [Order denied motion to strike certain matter from answer.]

■

SADYE F. LIEBERMAN, Appellant, v. OSCAR LIEBERMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

ROSEMARY BULL, Appellant, v. NOVEMBER REALTY CORP. et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See post, p. 915.]

■

JOSEPH A. LIBERMAN, Respondent, v. ORIENTAL EXPORTERS, INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.